No. 92–8075. LOERA-TELLEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8077. MOSES *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 92–8078. MAYHEW *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–8082. HASAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8090. PERDOMO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8094. ANDERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8161. OMASTA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 92–1150. CHEMICAL MANUFACTURERS ASSN. ET AL. *v.* ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 92–1258. MICHIGAN *v.* NANCE. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 92–8041 (A–733). STEARMAN *v.* UNITED STATES. C. A. 5th Cir. Application for stay of mandate and other relief, addressed to JUSTICE THOMAS and referred to the Court, denied. Certiorari denied.

No. 92–409. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER *v.* LASHLEY, *ante,* p. 272;
No. 92–924. GARTHRIGHT, EXECUTOR *v.* ESTATE OF LOCKE, DECEASED, *ante,* p. 912;
No. 92–6824. SMITH *v.* KLINCAR, WARDEN, ET AL., *ante,* p. 928;

No. 92–6862.  GREEN ET AL. *v.* CHATHAM COUNTY, GEORGIA, *ante,* p. 929;

No. 92–6936.  LIVADITIS *v.* CALIFORNIA, *ante,* p. 975;

No. 92–6947.  ENGLAND *v.* COMMISSIONER OF INTERNAL REVENUE ET AL., *ante,* p. 933;

No. 92–7160.  RANDLE *v.* RUNYON, POSTMASTER GENERAL, *ante,* p. 943;

No. 92–7251.  ASSA'AD-FALTAS *v.* VIRGINIA DEPARTMENT OF HEALTH ET AL., *ante,* p. 967;

No. 92–7260.  MARTIN *v.* FLORIDA, *ante,* p. 976;

No. 92–7313.  DANSBY *v.* UNITED STATES ET AL., *ante,* p. 977;

No. 92–7352.  VAN DER JAGT *v.* UNITED STATES CONGRESS, *ante,* p. 1001;

No. 92–7476.  LIGGINS *v.* ARMONTROUT, ASSISTANT DIRECTOR, MISSOURI DIVISION OF ADULT INSTITUTIONS, *ante,* p. 995;

No. 92–7510.  CARTER *v.* DEPARTMENT OF JUSTICE ET AL., *ante,* p. 996;

No. 92–7538.  OMOIKE *v.* GSX LAND TREATMENT CO., *ante,* p. 1009; and

No. 92–7576.  JOHNSON *v.* INJURED WORKERS INSURANCE FUND, *ante,* p. 980.  Petitions for rehearing denied.